

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

12/7/2021

Ricky Mason
MSOP
1111 Highway 73
Moose Lake, MN 55767-9452

Re:  Case No. 19-cv-2597 JRT/KMM

Dear Ricky Mason:

The motion for summary judgment is still pending. Enclosed is a copy of your docket sheet.

You may also contact us at one of the phone numbers above to inquire about the status of your case.

Sincerely,

Kate M. Fogarty, Clerk